UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| KONY SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LAURA B. ZUCHOWSKI, in her official capacity as Director of U.S. Citizenship and Immigration Services' Vermont Service Center, *et al.*, <br><br> Defendants. | File No. 2:18-cv-110-CR |

## STIPULATION OF VOLUNTARY DISMISSAL

The parties hereby stipulate and agree that this action be dismissed with prejudice, each party to bear its own costs, including any possible attorneys' fees or other expenses of this litigation. *See* Fed. R. Civ. P. 41(a)(1)(ii).

Dated this 22nd day of July, 2019.                    Respectfully submitted,

| | |
|---|---|
| JOSEPH H. HUNT <br> Assistant Attorney General | DEVIN McLAUGHLIN <br> Langrock Sperry & Wool, LLP |
| WILLIAM C. PEACHEY <br> Director | By: */s/ Thomas K. Ragland* <br> THOMAS K. RAGLAND <br> Clark Hill PLC |
| GLENN M. GIRDHARRY <br> Assistant Director | 1001 Pennsylvania Ave. NW <br> Suite 1300 South <br> Washington, DC 20004 |
| By: */s/ Joshua S. Press* <br> JOSHUA S. PRESS <br> Trial Attorney <br> United States Department of Justice <br> Civil Division <br> Office of Immigration Litigation <br> District Court Section <br> P.O. Box 868, Ben Franklin Station <br> Washington, DC 20044 | Telephone: 202-552-2360 <br> Fax Number: 202.772.0901 <br> Email: TRagland@ClarkHill.com <br><br> *Attorneys for Plaintiff* |

Phone: (202) 305-0106
Facsimile: (202) 305-7000
e-Mail: joshua.press@usdoj.gov

*Attorneys for Defendants*